UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>        Defendants. | Case No. 15-cv-02726-PSG<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56**<br><br>**(Re: Docket No. 26)** |

        This district's General Order 56 applies to "any action which asserts denial of a right of access protected by Titles II or III of the Americans with Disabilities Act." Plaintiff Amanda Jones has brought just such an action—her complaint raises claims under Title II of the ADA against Defendants National Railroad Passenger Corporation and the Santa Cruz Metropolitan Transit District.[1] Defendants nevertheless ask the court to relieve them of the requirements of General Order 56 because, they argue, Jones' allegations may give rise to negligence liability, but they do not suffice under the ADA.[2] Even assuming that Defendants are correct, the fact remains that General Order 56 merely requires a plaintiff to "assert[] denial of a right of access" under the ADA; it does not speak to how strong the ADA claims must be. Defendants offer no other reason why General Order 56 should not apply. The motion is DENIED.

---

[1] *See* Docket No. 1 at ¶¶ 22-36.

[2] *See* Docket No. 26.

1

Case No. 15-cv-02726-PSG
ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56

**SO ORDERED.**

Dated: February 17, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge