UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>             Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>             Defendants. | Case No. 15-cv-02726-PSG<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Re: Docket No. 28)** |

As the court recently noted, because this case includes claims under Title II of the Americans with Disabilities Act, it is governed by this district's General Order 56.[1] Under that order, aside from certain initial discovery, "[a]ll other . . . proceedings are STAYED unless the assigned judge orders otherwise."[2] Defendants National Railroad Passenger Corporation and Santa Cruz Metropolitan Transit District nevertheless move for judgment on the pleadings against Plaintiff Amanda Jones under Rule 12(c).[3] Because the case remains stayed under General Order 56, the motion is DENIED, without prejudice to renewal if and when the stay is lifted.

**SO ORDERED.**

Dated: February 18, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 1 at ¶¶ 22-36; Docket No. 29.

[2] General Order 56 at ¶ 2.

[3] *See* Docket No. 26.