United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    AMANDA JONES                              Case No.  15-cv-02726-PSG

8              Plaintiff,

9         v.                                   **ORDER RE: ATTENDANCE AT MEDIATION**

10   NATIONAL RAILROAD PASSENGER               Date:  June 17, 2016
     CORPORATION, et al.,                      Mediator:  Howard Herman
11
              Defendants.
12

13

14        IT IS HEREBY ORDERED that the request to excuse plaintiff Amanda Jones from

15   appearing in person at the June 17, 2016, mediation before Howard Herman is DENIED

16   WITHOUT PREJUDICE to her ability to renew her request to attend mediation via video

17   conference upon submission of a letter from a doctor detailing her travel restrictions and the time

18   period in which they are applicable.

19        **IT IS SO ORDERED**.

20   Dated:  June 1, 2016

21                                             _____
                                               Maria-Elena James
22                                             United States Magistrate Judge

23

24

25

26

27

28