UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02726-PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 17, 2016<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendant National Railroad Passenger Corporation (AMTRAK)'s representative and counsel from appearing in person at the June 17, 2016, mediation before Howard Herman is GRANTED.

**IT IS SO ORDERED**.

Dated: June 1, 2016

Maria-Elena James
United States Magistrate Judge