UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-02726-PSG<br><br>**AMENDED ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 17, 2016<br>Mediator:  Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendant National Railroad Passenger Corporation (AMTRAK)'s representative and counsel from participating in the June 17, 2016, mediation before Howard Herman is GRANTED.

**IT IS SO ORDERED**.

Dated:  June 6, 2016

Maria-Elena James
United States Magistrate Judge