United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

AMANDA JONES,

Plaintiff,

Case No. 15-cv-02726-MEJ

8

v.

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

9

10

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

11

Defendants.

12

13

This case has been reassigned to the Honorable Maria-Elena James for all further

14

proceedings.  Counsel are hereby instructed that all future filings shall bear the new initials **MEJ**

15

immediately after the case number.  All matters presently scheduled for hearing are vacated and

16

should be renoticed for hearing before the judge to whom the case has been reassigned.  Briefing

17

schedules deadlines remain unchanged.

18

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and

19

Civil Local Rule 16-10, a Case Management Conference will be held in this case before the

20

Honorable Maria-Elena James on 7/28/2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450

21

Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial

22

counsel for parties who are represented.  Parties who are proceeding without counsel must appear

23

personally.

24

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case

25

Management Conference, the parties shall file a Joint Case Management Statement containing the

26

information in the Standing Order for All Judges in the Northern District of California, available

27

at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be

28

obtained at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is

1    required.

2           **IT IS SO ORDERED.**

3

4    Dated: June 7, 2016

5    _____

6    MARIA-ELENA JAMES
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California