UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-02726-MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 17, 2016<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the renewed request to excuse plaintiff Amanda Jones from appearing in person at the June 17, 2016, mediation before Howard Herman is GRANTED. Ms. Jones shall participate actively for the duration of the mediation by joining via video conference as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED.**

Dated: 6/14/16

Joseph C. Spero
Chief United States Magistrate Judge