**HOWIE & SMITH, L.L.P.**
ATTORNEYS AT LAW
1777 BOREL PLACE, SUITE 1000
SAN MATEO, CA 94402-3509
TEL: (650) 685-9300
Fax (650) 212-0842

ROBERT G. HOWIE, SBN 057361
AUDREY SMITH, SBN 180836
ATTORNEYS FOR SANTA CRUZ METRO TRANSIT DISTRICT, NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")

**CARLA D. AIKENS, P. C.**
Carla D. Aikens, SBN P69530
60 E Milwaukee St. #6886
Detroit, MI 48202
TEL: 313/288-8463 Fax: 877/454-1680
ATTORNEY FOR PLAINTIFF AMANDA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA JONES, | Civil Action No. 3:15-CV-02726-MEJ |
| Plaintiff, | **JOINT DISCOVERY PLAN** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), and SANTA CRUZ METROPOLITAN TRANSIT DISTRICT, | |
| Defendants. | |

The parties, through their counsel of record, submit the following Joint Discovery Plan pursuant to the Court's Order at the January 25, 2018 Case Management Conference. The parties have agreed to open discovery. Accordingly, it is anticipated that the court will order discovery opened. Defendants and Plaintiff submit the following Joint Discovery Plan:

Written discovery requests may be exchanged and subpoenas issued by the parties;

The initial round of written discovery by both parties will be issued on or before February 1, 2018;

Plaintiff has already sent her initial request for production and interrogatories received by defendants on January 30, 2018;

The deposition of the plaintiff will be noticed, pending receipt of plaintiff's responses to defendants' written discovery and document production requests, on a date currently anticipated to be prior to May 31, 2018;

The IME of the plaintiff will be scheduled within a month of the plaintiff's deposition;

Depositions of percipient witnesses may be taken on or before June 29, 2018.

July 31, 2018      Deadline for close of Fact Discovery

Respectfully submitted.

Dated: January 31, 2018      **HOWIE & SMITH, L.L.P.**

By:    */s/ Robert G. Howie*
Robert G. Howie, Esq. Attorneys for
SANTA CRUZ METROPOLITAN TRANSIT
DISTRICT, NATIONAL RAILROAD
PASSENGER CORPORATION ("AMTRAK")

Dated: January 31, 2018      **CARLA D. AIKENS, P. C.**

By:    */s/ Carla D. Aikens*
Carla D. Aikens, Esq., Attorneys for Plaintiff
AMANDA JONES