UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER RE: PLAINTIFF'S IME** |

On November 15, 2018, the Court held a telephonic discovery conference regarding the schedule for Plaintiff's IME. As discussed at the hearing, the Court **ORDERS** as follows:

1) To allow for the 30-day notice Plaintiff must provide her employer, by November 23, 2018, Defendant shall email Plaintiff's counsel with all dates the doctor is available in January 2019 to conduct Plaintiff's IME.
2) Plaintiff must accept at least one of those dates.
3) The discovery cut-off is extended to January 31, 2019, but only for Plaintiff's IME.

**IT IS SO ORDERED.**

Dated: November 15, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge