UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>Re: Dkt. No. 147 |

Pending before the Court is Plaintiff Amanda Jones's Motion to Amend, in which she seeks to withdraw her claims under the California Public Accommodations Law, Cal. Civ. Code § 54, et seq., and amend the Prayer section of her Second Amended Complaint to include declaratory relief and clarify the bases for her request for attorney's fees and costs. ECF No. 147. Defendants have filed a Statement of Non-Opposition. ECF No. 151. Pursuant to the Court's October 25, 2018 Case Management Order, the deadline to seek leave to amend pleadings was November 15, 2018. ECF No. 125. Thus, as Plaintiff filed the present motion on December 31, 2018, she must first show "good cause" for the amendment under Federal Rule of Civil Procedure 16(b) and, second, if good cause is shown, demonstrate that the amendment is proper under Rule 15. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992). Having reviewed Plaintiff's motion and proposed Third Amended Complaint, the Court finds she meets the standards under both Rules 15 and 16 and therefore **GRANTS** her motion to amend. <u>Plaintiff shall e-file the amended complaint as a separate docket entry by January 16, 2019</u>. No chambers copy is required.

    **IT IS SO ORDERED.**

Dated: January 14, 2019

 

_____
THOMAS S. HIXSON
United States Magistrate Judge