UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER RE: EXPERT DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 166 |

The Court is in receipt of the parties' joint letter regarding Defendants' request to continue the expert discovery deadline. ECF No. 166. The Court notes that the parties are scheduled for a settlement conference with Judge Beeler on June 11, and further discovery at this late stage would likely drive up costs and impede settlement negotiations. While it may be appropriate to extend the deadline if the parties are unable to settle, the Court prefers that the parties focus on their settlement efforts at this point. Accordingly, the Court **DENIES** Defendants' request **WITHOUT PREJUDICE**. If the parties are unable to resolve this matter informally at the June 11 settlement conference, they are **ORDERED** to meet and confer on the issue of expert discovery and thereafter file either a stipulation to extend the deadlines or an updated joint letter explaining their positions.

**IT IS SO ORDERED.**

Dated: May 2, 2019

THOMAS S. HIXSON
United States Magistrate Judge