UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02726-TSH<br><br>**FINAL PRETRIAL ORDER** |

On July 21, 2022, the Court held a pretrial conference in in the above captioned matter. A jury trial is set to begin on August 8, 2022. All parties were represented by counsel. The following matters were resolved:

1. The parties shall file an updated list of witnesses, counsel and parties who will be present at the trial, whether live or by deposition (i.e., not including parties that have been terminated and who are not expected to testify as a witness) by July 22. The purpose of this list is to include these names on the questionnaire that goes to prospective jurors, which asks if they know any of the case participants at trial.

2. The parties shall provide four hard copies of their exhibits, deposition designations, and written discovery designations (as listed in ECF No. 284) in tabbed binders. The binders must be delivered to the Clerk's Office within 7 days from the date of this order.

3. The Court shall conduct a hearing on August 5, 2022 at 10:00 a.m. in Courtroom G, 15th Floor, to discuss juror hardship excusals.

4. The jury trial is estimated to take nine days, beginning on August 8, 2022 and ending on August 18, 2022.

5. The trial will proceed as follows: The parties will appear at 8:30 a.m. on Monday, August 8, 2022, in Courtroom D on the 15th Floor. Jury selection will commence at 9:00 a.m. Counsel for each side shall have up to 15 minutes to question the jury panel. The trial will start after a break following jury selection. Each day thereafter, trial will begin at 9:30 a.m. with a 15-minute break at 11:00 a.m., a 45-minute lunch at 12:30 p.m., and a 15-minute afternoon break at 2:30 p.m. Trial will conclude at 3:30 p.m. each day.

6. Each side shall have 20 total hours to present its case, which includes opening and closing statements, direct and cross examination and presentation of all exhibits. Opening statements shall be limited to 30 minutes per side and closing statements shall be limited to 1 hour per side, including rebuttal.

7. Everyone in the courtroom must wear a mask at all times, except any witness when testifying and any attorney when speaking.

8. The Court will follow the normal rule regarding objections to evidence and other legal points which the Court must decide: No lengthy arguments in front of the jury. No sidebars. Any such argument should occur before 9:30 a.m. or after 3:30 p.m. unless it is unavoidable. Objections should consist of a citation to the Federal Rule(s) of Evidence at issue and the applicable generic description (e.g., "relevance.").

9. The parties must rise when making an objection.

10. The parties must seek leave to approach witnesses.

11. At the close of each trial day, counsel must disclose to the opposing party the witnesses to be called the following two days and the exhibit numbers of the documents that counsel plans to use on direct (other than for impeachment). Within 24 hours of such disclosure, counsel shall exchange exhibit numbers to be used in cross of the witnesses (other than for impeachment). Parties will not be allowed to call witnesses or use documents other than those that have been previously disclosed in the Pretrial Conference Statement and in the daily witness lists.

12. The Court will empanel a twelve-person jury with no alternates. Each side shall have 3 peremptory challenges.

13. Preliminary jury instructions will be read before opening statements.  The Court will not provide a copy of the instructions to the jury at the beginning of the case.  The Court will not instruct the jury on substantive law applicable to the claims until the close of evidence when final instructions are given.  The Court will hear argument and settle jury instructions before closing argument.

**IT IS SO ORDERED.**

Dated: July 21, 2022

THOMAS S. HIXSON
United States Magistrate Judge