UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>        Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER DENYING MOTION TO CERTIFY ORDER FOR APPEAL** |

Plaintiff Amanda Jones requests the Court certify its order striking two of her expert witnesses, John McKinney and Nora Ostrofe. ECF No. 333. As Jones fails to establish the order "involves a controlling question of law as to which there is substantial ground for difference of opinion," the Court **DENIES** her request. *See* 28 U.S.C. § 1292(b). The Court shall conduct a scheduling conference on October 13, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. The parties shall be prepared to set a date for the trial in this matter.

**IT IS SO ORDERED.**

Dated: September 29, 2022

THOMAS S. HIXSON
United States Magistrate Judge