UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES, | Case No. 15-cv-02726-TSH |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |

On November 14, 2024, the Court scheduled a further case management conference to take place on December 5 and directed the parties to file a joint case management statement by November 29, 2024. ECF No. 490. After the parties failed to respond, the Court continued the conference to December 12 and directed the parties to file their statement by December 5. ECF No. 491. No response has been received.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Amanda Jones to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 19, 2024. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 6, 2024

THOMAS S. HIXSON
United States Magistrate Judge