UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER EXTENDING DEADLINES AND CONTINUING HEARING RE: ORDER TO SHOW CAUSE**<br><br>Re: Dkt. 506 |

On February 6, 2025, the Court ordered Robert G. Howie, Defendant Santa Cruz Metropolitan Transit District's former counsel, to show cause why he should not be held in contempt for failure to comply with the Court's September 27, 2024 sanctions order. ECF No. 506. The Court directed Plaintiff Amanda Jones to serve the order on Mr. Howie by February 7 and file proof of service thereafter. As there is no indication Plaintiff has served Mr. Howie, the Court **EXTENDS** the show cause order deadlines as follows:

Plaintiff is directed to serve the February 6 show cause order and this order on Mr. Howie and file proof of service by February 20, 2025. Mr. Howie shall file a response by March 6, 2025. If Mr. Howie files a response, Plaintiff may file any reply by March 13, 2025. The Court shall either issue an order based on the parties' filings or conduct a hearing on March 20, 2025 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 13, 2025

THOMAS S. HIXSON
United States Magistrate Judge