**LEWIS BRISBOIS BISGAARD & SMITH** LLP
CHARLES S. PAINTER, SB# 89045
  E-Mail: Charles.Painter@lewisbrisbois.com
GRAHAM M. CRIDLAND, SB# 243646
  E-Mail: Graham.Cridland@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant SANTA CRUZ
METROPOLITAN TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA JONES,<br><br>           Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), and SANTA CRUZ METROPOLITAN TRANSIT DISTRICT,<br><br>           Defendant. | Case No. 3:15-cv-02726-TSH<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC AUDIOVISUAL, AND OTHER EQUIPMENT INTO COURTHOUSE FOR USE AT TRIAL**<br><br>Judge:   Hon. Thomas S. Hixson<br>Date:    March 4, 2025<br>Time:    9:00 a.m.<br>Crtrm.:  E - 15th Floor<br><br>Judge:   THOMAS S. HIXSON<br><br>Trial Date:       March 4, 2025 |

Defendant SANTA CRUZ METROPOLITAN TRANSIT DISTRICT has filed an administrative motion for leave to bring electronic, audiovisual, and other equipment into the courthouse for the upcoming trial (beginning March 4, 2025).  Good cause having been shown, Defendant may being the following equipment into the courthouse for the upcoming trial:

- One Projector and One projector table;
- One table for trial tech;
- One HP laptop with charger and power cord;
- One HDMI Switch;
- One portable screen;

153113174.1

Case No. 3:15-cv-02726-TSH

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC AUDIOVISUAL, AND OTHER EQUIPMENT INTO COURTHOUSE FOR USE AT TRIAL

- HDMI Cables;
- One Bluetooth Speaker;
- One AT&T hotspot;
- Power cords and extensions;
- Two cell phones.

In addition, Defendant expects to bring an exemplar Drive Scout 3 mobility scooter, and battery, for use in this case. This scooter and battery will be available in the week of March 3, 2025, to be brought to court.

In addition, Defendant expects to bring an exemplar Drive Court 3 mobility scooter, and battery, for use in this case. This scooter and batter will be available in the week of March 4, 2025 to be brought to court.

IT IS SO ORDERED.

DATED:  February 28, 2025

_____
The Honorable Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

153113174.1                                2                                Case No. 3:15-cv-02726-TSH
[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC AUDIOVISUAL, AND OTHER EQUIPMENT INTO COURTHOUSE FOR USE AT TRIAL