UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>SANTA CRUZ METROPOLITAN TRANSIT DISTRICT,<br><br>        Defendant. | Case No. 15-cv-02726-TSH<br><br>**REVISED VERDICT FORM** |

1  We, the jury in the above-entitled action, unanimously find the following on the questions
2  submitted to us:

3  1. Do you find by a preponderance of evidence that Defendant Santa Cruz
4  Metropolitan Transit District was negligent and that the negligence was a substantial factor in
5  causing harm to Plaintiff Amanda Jones (now known as AMJ)?
6  Yes __✓__                                              No _____

7  *If yes, proceed to question 2.*
8  *If no, skip the remaining questions and sign and date the form.*

10  2. What is the amount of damages that you award Plaintiff Amanda Jones to
11  compensate her for her claim against Defendant Santa Cruz Metropolitan Transit District?
12  Noneconomic Damages: $ 12,631,250
13  Economic Damages: $ 368,000
14  *Proceed to question 3.*

16  3. Do you also find by a preponderance of the evidence that Plaintiff Amanda Jones
17  was negligent and that the negligence was a substantial factor in causing her own harm?
18  Yes _____                                             No __✓__

19  *If yes, proceed to question 4.*
20  *If no, skip question 4 and sign and date this form.*

22  4. If you find Plaintiff Amanda Jones was negligent, what percentage of damages is
23  Plaintiff responsible for?
24  _____ %

_____[signature]_____                                    03/19/25
Signature of Jury Foreperson                             Date