UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-02726-TSH<br><br>**JUDGMENT** |

On June 5, 2023, the Court entered judgment as a matter of law in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones. ECF No. 422. The case subsequently proceeded to trial against Defendant Santa Cruz Metropolitan Transit District only. On March 19, 2025, the jury entered a unanimous verdict in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District in the amount of $12,999,250. ECF No. 586. Accordingly, final judgment is hereby entered as follows:

As to Defendant National Railroad Passenger Corporation, judgment is entered in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones.

As to Defendant Santa Cruz Metropolitan Transit District, judgment is entered in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District in the amount of $12,999,250.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 19, 2025

THOMAS S. HIXSON
United States Magistrate Judge