Catherine Cabalo (SBN 248198)
PEIFFER WOLF CARR & CANE
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 766-3592
ccabalo@pwcklegal.com

Carla Aikens (*pro hac vice*)
CARLA D. AIKENS, P.L.C.
615 Griswold Street, Suite 709
Detroit, MI 48226
Telephone: (844) 835-2993
Facsimile: (877) 454-1680
carla@aikenslawfirm.com

*Attorneys for Plaintiff Amanda Jones*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>~~NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and~~ SANTA CRUZ METROPOLITAN TRANSIT DISTRICT,<br><br>　　　　Defendant~~s~~. | Civil Action No.: 3:15-cv-02726<br><br>Hon. Thoms S. Hixson |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF A REMITTITUR

Plaintiff hereby accepts remittitur as ordered by the Court on May 15, 2025, in lieu of a

new trial. A proposed amended judgment is attached below. Plaintiff has entered numbers on the

basis that judgment is entered on June 13, 2025. To the extent judgment is entered on a later

CASE NO.: 3:15-cv-02726;
1

date, Plaintiff requests that the total amount of the judgment be adjusted based upon the daily interest accrued as of the date of entry of the final judgment.

Dated: June 13, 2025                                    Respectfully Submitted,


                                                  /s/ Carla D. Aikens
                                                  Carla D. Aikens (P69530)
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on June 13, 2025, by:

                                                  /s/ *Katarzyna Nowicki*
                                                  Katarzyna Nowicki
                                                  Legal Assistant to Carla D. Aikens, P.L.C.

Catherine Cabalo (SBN 248198)
PEIFFER WOLF CARR & CANE
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 766-3592
ccabalo@pwcklegal.com

Carla Aikens (*pro hac vice*)
CARLA D. AIKENS, P.L.C.
615 Griswold Street, Suite 709
Detroit, MI 48226
Telephone: (844) 835-2993
Facsimile: (877) 454-1680
carla@aikenslawfirm.com

*Attorneys for Plaintiff Amanda Jones*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA JONES,<br><br>  Plaintiff,<br><br>v.<br><br>~~NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and~~ SANTA CRUZ METROPOLITAN TRANSIT DISTRICT,<br><br>  Defendant~~s~~. | Civil Action No.: 3:15-cv-02726<br><br>Hon. Thomas S. Hixson |

## **PROPOSED AMENDED JUDGMENT**

On June 5, 2023, the Court entered judgment as a matter of law in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones. ECF No. 422. The case subsequently proceeded to trial against Defendant Santa Cruz Metropolitan Transit District

only.

On March 19, 2025, the jury entered a unanimous verdict in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District in the amount of $12,999,250. ECF No. 586. On May 13, 2025, superseded by a corrected order dated May 15, 2025 (ECF No. 647), the Court ordered that the economic damages be reduced to $27,000.

Accordingly, final judgment is hereby entered as follows:

1) As to Defendant National Railroad Passenger Corporation, judgment is entered in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones.

2) As to Defendant Santa Cruz Metropolitan Transit District, judgment is entered in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District, in the amount of $12,818,259.05, as follows:

   a) $12,658,250 in damages;

   b) Costs in the amount of $36,253.29; and

   c) Pursuant to 28 U.S.C. § 1961, interest accrued since March 19, 2025, at a rate of 4.09% per annum, on the subtotal of 2a and 2b ($12,694,503.29), in the amount of $123,755.76, as of June 13, 2025, with interest accruing daily in the amount of $1,422.48.

The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

_____
Magistrate Judge Thomas S. Hixson