UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>            Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER DENYING DEFENDANT SANTA CRUZ METROPOLITAN TRANSIT DISTRICT'S MOTION FOR A NEW TRIAL**<br><br>Re: Dkt. No. 618 |

On May 15, 2025, the Court issued a Corrected Order Conditionally Denying Defendant Santa Cruz Metropolitan Transit District's ("SCMTD's") Motion for a New Trial. ECF No. 647. The order was conditioned on Plaintiff accepting a remittitur of economic damages to $27,000. *Id.* at 39 ("Accordingly, the Court remits Plaintiff's economic damages to $27,000.").[1] Plaintiff has accepted the remittitur. ECF No. 649. Accordingly, SCMTD's motion for a new trial is **DENIED**.

  **IT IS SO ORDERED.**

Dated: June 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] On page 53 of the order the Court stated that the motion was conditionally denied "based on Plaintiff accepting a remittitur to $27,000 in compensatory damages, for a total damages award of $12,658,250." The Court misspoke in that sentence. Obviously, the Court meant a remittitur to $27,000 in *economic* damages (not *compensatory* damages), as pages 38-39 and 52 of the order make clear. Plaintiff's noneconomic damages are also compensatory.