UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JONES,<br>                Plaintiff,<br>    v.<br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br>                Defendants. | Case No. 15-cv-02726-TSH<br><br>**ORDER RE: PROPOSED AMENDED JUDGMENT**<br><br>Re: Dkt. No. 649 |

On March 19, 2025, the jury entered a unanimous verdict in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District (SCMTD) in the amount of $12,999,250. ECF No. 586. That same day, the Court entered judgment in favor of Jones and against SCMTD in the amount of $12,999,250. ECF No. 589. However, after SCMTD moved for a new trial (ECF No. 618), the Court conditionally denied its motion based on Plaintiff accepting a remittitur to $27,000 in economic damages, for a total damages award of $12,658,250. ECF No. 647. The Court instructed Plaintiff to file a notice within 30 days stating whether they accept or reject the remittitur (and a proposed amended judgment if they accept it).

On June 13, 2025, Plaintiff filed a notice accepting the remittitur. ECF No. 649. As part of their filing, Plaintiff calculates post-judgment interest pursuant to 28 U.S.C. § 1961 at a rate of 4.09% per annum. However, 4.09% is the rate for the week ending March 21, 2025. Under 28 U.S.C. § 1961, interest is calculated at the weekly average 1-year constant maturity Treasury yield for the calendar week **preceding** the judgment. 28 U.S.C. § 1961(a) (emphasis added). For the week ending March 14, 2025, the rate was 4.04%. Accordingly, the Court shall enter an amended judgment with post-judgment interest at a rate of 4.04%.

Plaintiff also lists costs as part of their proposed amended judgment. The Court notes that

1  both Plaintiff and Defendant National Railroad Passenger Corporation have filed bills of costs.
2  ECF Nos. 609, 625.  However, pursuant to Civil Local Rule 54, the determination of taxable costs
3  is to be addressed separately by the Clerk of Court.  As the Clerk has not made such a
4  determination, the Court shall not include the amount of costs as part of the amended judgment.
5  **IT IS SO ORDERED.**

7  Dated: June 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge