UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMANDA JONES,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

        Defendants.

Case No. 15-cv-02726-TSH

**AMENDED JUDGMENT**

On June 5, 2023, the Court entered judgment as a matter of law in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones. ECF No. 422. The case subsequently proceeded to trial against Defendant Santa Cruz Metropolitan Transit District only.

On March 19, 2025, the jury entered a unanimous verdict in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District in the amount of $12,999,250. ECF No. 586. That same day, the Court entered judgment (1) in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones and (2) in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District in the amount of $12,999,250. ECF No. 589. However, on May 15, 2025, the Court ordered that the economic damages be reduced to $27,000. ECF No. 647. Plaintiff has accepted the remittitur. ECF No. 649. Accordingly, an amended final judgment is hereby entered as follows:

    1)    As to Defendant National Railroad Passenger Corporation, judgment is entered in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Amanda Jones.

    2)    As to Defendant Santa Cruz Metropolitan Transit District, judgment is entered in favor of Plaintiff Amanda Jones and against Defendant Santa Cruz Metropolitan Transit District,

in the amount of $12,658,250 in damages.  Pursuant to 28 U.S.C. § 1961, post-judgment interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding.  28 U.S.C. § 1961(a).  As such, post-judgment interest shall be calculated from March 19, 2025 at the rate of 4.04% (the average listed price for the week ending March 14, 2025).

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge